BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JASON BOSTICK,<br><br>                Defendant. | CASE NO. 1:13-CR-00279 LJO-SKO<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF STATUS<br>CONFERENCE |

      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jared Thompson, attorney for Jason Bostick that the status conference set for September 16, 2013 be continued to October 21, 2013 at 1:00 p.m.

      The government and defense counsel spoke on September 10, 2013, and defense counsel needs time to review the discovery with his client, determine whether further investigation is warranted, and for the parties to engage in meaningful plea negotiations. In order to accomplish those tasks, taking into consideration defense counsel's schedule, the parties agree and stipulate that the status conference should be continued to October 21, 2013.

///

///

///

U.S. v. Bostick Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: September 11, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: September 11, 2013

/s/ Jared Thompson
JARED THOMPSON
Attorney for Jason Bostick

## **ORDER**

Pursuant to the above stipulation, the parties' request to continue the status conference to October 21, 2013, is GRANTED. The status conference on October 21, 2013, will be held at **2:00 p.m.**

The Court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: **September 12, 2013**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

U.S. v. Bostick Stipulation

2